UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE DESIGN & CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No. 18-cv-06811-SK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Regarding Docket No. 18 |

On February 5, 2019, the Court continued the case management conference from February 11, 2019 to May 6, 2019. In its Order, the Court admonished Plaintiff that all future requests for Court action should be requested by stipulation or an administrative motion. Despite this admonition, Plaintiff again failed to file an administrative motion to continue the case management conference. The Court HEREBY CONTINUES the initial case management conference to June 17, 2019. If Plaintiff moves for entry of default and if it is granted, file a motion for default judgment, by no later than June 10, 2019. If Plaintiff complies with these deadlines, the Court will vacate the case management conference.

Moreover, Plaintiff's counsel is ORDERED to Show Cause in writing by no later than May 9, 2019, why they should not be sanctioned in the amount of $100 for failing to comply with the Court's prior Order.

**IT IS SO ORDERED**.

Dated: April 29, 2019

_____
SALLIE KIM
United States Magistrate Judge