Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>ACE DESIGN & CONSTRUCTION, INC.; JASPAL SINGH SIDHU; and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | **Case No.:**<br>3:18-cv-06811-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 10th Day of June, 2019.

By: s/Todd M. Friedman Esq.
    Todd M. Friedman
    Attorney For Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on June 10, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on June 10, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
  Todd M. Friedman